***E-FILED - 11/20/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARVELLO L. TUFONO, )<br>          ) <br>     Plaintiff, )<br>          )<br>  vs.    )<br>          )<br>          )<br>CALIFORNIA DEPARTMENT OF )<br>CORRECTIONS, et al., )<br>          )<br>     Defendants. )<br>_____ ) | No. C 08-4580 RMW (PR)<br><br>ORDER GRANTING<br>EXTENSION OF TIME TO FILE<br>IN FORMA PAUPERIS<br>APPLICATION OR PAY FILING<br>FEE WITHIN THIRTY DAYS<br><br><br><br>(Docket No. 5) |

On October 1, 2008, plaintiff filed this pro se civil rights complaint pursuant to 42 U.S.C. § 1983.  On that same day, he also filed an incomplete application to proceed in forma pauperis.  The court sent a notification to plaintiff that he had neither paid the filing fee nor submitted an application for leave to proceed in forma pauperis with the accompanying certificate of funds signed by an authorized prison official and a copy of his trust account statement showing transactions for the preceding six months.  The court provided a copy of the correct form for application to proceed in forma pauperis, along with a return envelope, instructions, and a notification that the case would be dismissed if plaintiff failed to pay the fee or file the completed application within thirty days.

On October 23, 2008, plaintiff filed a letter with the court concerning his in forma pauperis application requesting more time to complete his application.  As of the date of this

1  order, plaintiff has not paid the filing fee or submitted an application to proceed in forma
2  pauperis.  Accordingly, the court will GRANT plaintiff's request for an extension of time to file
3  a completed in forma pauperis application within **thirty days** from the date of this order.  In the
4  alternative, plaintiff may pay the $350.00 filing fee.  Plaintiff shall include with his payment a
5  clear indication that it is for this case number, C 08-4580 RMW (PR).  Failure to submit a
6  completed in forma pauperis application or pay the filing fee within the court's deadline will
7  result in the court dismissing the case without prejudice for failure to file a completed in forma
8  pauperis application or pay the filing fee.

9       This order terminates docket no. 5.

10      IT IS SO ORDERED.

11 DATED: _11/17/08_     *Ronald M. Whyte*
12                               RONALD M. WHYTE
                              United States District Judge