***E-FILED - 4/15/09***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARVELLO L. TUFONO,<br><br>       Plaintiff,<br><br>   v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>       Defendants. | No. C 08-4580 RMW (PR)<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT<br><br>(Docket No. 16) |

Defendants have requested an extension of time in which to file their motion for summary judgment. Having read and considered defendants' ex parte request and the accompanying declaration of counsel, and good cause appearing,

IT IS HEREBY ORDERED that defendants' ex parte request for an extension of time is GRANTED. The time in which defendants may file their motion for summary judgment will be extended up to and including May 18, 2009. Plaintiff's opposition to the dispositive motion shall be filed with the court and served on defendants no later than **thirty (30) days** after the date defendants' motion is filed. If defendants wish to file a reply brief, they shall do so no later than **fifteen (15) days** after the date plaintiff's opposition is filed.

This Order terminates Docket no. 16.

IT IS SO ORDERED.

Dated: 4/14/09

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

Order Granting Defendants' Motion for Extension of Time to File Motion for Summary Judgment
P:\PRO-SE\SJ.Rmw\CR.08\Tufono580.EOT-MSJ.wpd