IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARVELLO L. TUFONO,

     Plaintiff,                              No. CIV S-09-3372 GGH P

     vs.

MULE CREEK STATE PRISON, et al.,

     Defendants.                        <u>ORDER</u>

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Defendants filed a motion to dismiss/transfer based on improper venue. This case, involving defendants located at Mule Creek State Prison, has been transferred to this court from the Northern District. Defendants must file their response to the complaint in this court within 28 days.

      IT IS SO ORDERED.

DATED: December 14, 2009

                                              /s/ Gregory G. Hollows
                                        _____
                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

GGH:009
tufo3372.rsp