IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARVELLO L. TUFONO,

        Plaintiff,                        No. CIV S-09-3372 GGH P

   vs.

CDCR, et al.,

        Defendants.          <u>ORDER</u>

_____/

        Plaintiff and defendants have consented to the jurisdiction of the undersigned (see docket nos. 34 and 35). On December 15, 2010, defendants filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) and motion for summary judgment under Rule 56(c). On January 11, 2011, plaintiff was granted an extension of time until March 16, 2011, to file opposition. On January 20, 2011, plaintiff filed a notice of change of address, indicating he was being paroled and had a new address, and the order granting an extension of time was re-served to plaintiff's new address on January 24, 2011. Plaintiff has not opposed the motion.

        Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." On January 19, 2010, plaintiff was advised of the requirements for filing an opposition to a motion to dismiss or motion for summary judgment and that failure

1

1 | to oppose such a motion may be deemed a waiver of opposition to the motion.

2 |     Accordingly, plaintiff's failure to oppose should be deemed a waiver of
3 | opposition to the granting of the motion.  In the alternative, the court has reviewed the motion
4 | and finds that it has merit.  IT IS HEREBY ORDERED that:
5 |     1. Defendants' December 15, 2010, motion to dismiss/motion for summary
6 | judgment is granted; and
7 |     2. This action is dismissed.
8 | DATED: April 24, 2011

                          /s/ Gregory G. Hollows

                          UNITED STATES MAGISTRATE JUDGE

GGH:009/035
tufo3372.46